**STATE of Missouri, Respondent,**

v.

**Troy C. HUDSON, Appellant.**

**No. WD 63668.**

Missouri Court of Appeals, Western District.

March 29, 2005.

Andrew A. Schroeder, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Troy Hudson appeals his conviction by jury on one count of violating an order of protection and three counts of forcible sodomy. Upon review of the record, we find no reversible error and affirm the convictions. We have provided the parties with a Memorandum explaining the reasons for our decision, because no precedential purpose would be served by a published opinion. Rule 30.25(b).

The judgment of the trial court is affirmed.